FORM 8. Entry of Appearance                                                                    Form 8

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Caquelin　　v.　　United States

No. 16-1663

### ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☒ As counsel for: Kenneth Caquelin and Norma Caquelin
　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　　☐ Respondent　　☐ Amicus curiae　　☐ Cross Appellant

☐ Appellant　　☒ Appellee　　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

Name: Elizabeth Gepford McCulley
Law Firm: Stewart Wald & McCulley, LLC
Address: 2100 Central, Suite 22
City, State and Zip: Kansas City, MO 64114
Telephone: 816-303-1500
Fax #: 816-527-8068
E-mail address: mcculley@swm.legal

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes　　☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date March 22, 2016　　　Signature of pro se or counsel　/s/ Elizabeth Gepford McCulley

cc: Thomas S. Stewart

Reset Fields